

FILED
CLERK U.S DISTRICT COURT

MAR - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 19-MJ-00777-DUTY |
| ANTHONY RICHARD DURAN, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday, March 6_____, _2019_____, at _10:30_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _March 1, 2019_     _____
U.S. District Judge/Magistrate Judge